IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:09-CT-3104-D

| | | |
|---|---|---|
| ADAM CLAYTON PUGH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JOHN INGRAM, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Adam Clayton Pugh ("Pugh" or "plaintiff"), a state inmate, filed this action under 42 U.S.C. § 1983 against Brunswick County Sheriff John Ingram, former Brunswick County Sheriff Ronald Hewett, and Captain Kevin Holden ("defendants") [D.E. 1]. On November 8, 2010, the court received notice that Pugh was released from custody on July 15, 2010, and no longer resides at his address of record [D.E. 35]. Pugh has failed to provide the court with any forwarding address. Therefore, Pugh is DIRECTED to show cause not later than February 11, 2011, why the action should not be dismissed for failure to prosecute. See Local Civil Rule 83.3, EDNC. If Pugh fails to respond, the action shall be dismissed without prejudice.

Additionally, the court GRANTS the motion of Robert T. Numbers, II, to withdraw as counsel for defendant Hewett [D.E. 26], as well as the motion to substitute John W. Ingram, in his official capacity only, as the Sheriff of Brunswick County, for Defendant Ronald Hewett pursuant to Fed. R. Civ. P. 25(d) [D.E. 27]. The motions for summary judgment [D.E. 28, 30, 32] remain pending.

1

SO ORDERED. This 28 day of January 2011.

JAMES C. DEVER III
United States District Judge