IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:09-CT-3104-D

| ADAM CLAYTON PUGH, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| JOHN INGRAM, et al., | ) | |
| Defendants. | ) | |

Adam Clayton Pugh ("Pugh" or "plaintiff"), a state inmate, filed this action under 42 U.S.C. § 1983 against Brunswick County Sheriff John Ingram, former Brunswick County Sheriff Ronald Hewett, and Captain Kevin Holden ("defendants") [D.E. 1]. On November 8, 2010, the court received notice that Pugh was released from custody on July 15, 2010, and no longer resides at his address of record [D.E. 35]. Pugh failed to provide the court with any forwarding address. Therefore, on January 31, 2011, the court directed Pugh to show cause not later than February 11, 2011, why the action should not be dismissed for failure to prosecute [D.E. 36].

Pugh failed to respond. Accordingly, the action is DISMISSED without prejudice, and the motions for summary judgment [D.E. 28, 30, 32] are DISMISSED without prejudice. The Clerk of Court is directed to close this case

SO ORDERED. This 14 day of February 2011.

JAMES C. DEVER III
United States District Judge